**Order filed September 4, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00597-CV
_____

**GIJOY TECHNOLOGY, INC. AND GILBERT CRUZ, Appellants**

**V.**

**JAMES WASHINGTON & PRENTICE AND HELEN SLAUGHTER, Appellees**

### On Appeal from the 281st District Court
Harris County, Texas
Trial Court Cause No. 2011-33288

## O R D E R

The notice of appeal in this case was filed July 22, 2014. To date, the filing fee of $195.00 has not been paid. No evidence that appellants are excused by statute or the Texas Rules of Appellate Procedure from paying costs has been filed. *See* Tex. R. App. P. 5. Therefore, the court issues the following order.

Appellants are ordered to pay the filing fee in the amount of $195.00 to the Clerk of this court on or before **September 19, 2014.** *See* Tex. R. App. P. 5. If

appellants fail to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM